**O**
**JS-6**

cc: order, docket, remand letter to
Los Angeles Superior Court, West District, Santa Monica, No. SC120965

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MANLIN,<br><br>                        Plaintiff,<br>      v.<br><br>PHYLLIS MORGAN CLENDENEN et al.,<br><br>                       Defendants. | Case No. 2:13-cv-4907-ODW(FFMx)<br><br>**ORDER DENYING EX PARTE APPLICATION [7]; ORDER REMANDING CASE** |

On July 10, 2013, Judge Percy Anderson sua sponte issued an Order remanding the case because some of the Defendants are California citizens, thereby violating the local-defendant limitation under 28 U.S.C. § 1441(b)(2).  (ECF No. 5, at 2.)  And because this is a procedural defect and not a jurisdictional one, Judge Anderson stayed the Order until July 15, 2013, to allow Plaintiff Scott Manlin to waive the defect and remain in federal court if he so desired.  (*Id.*)

Defendant Christopher Harshman then filed an Ex Parte Application for reconsideration of that remand order.  He claims that the order is inappropriate because the Court cannot sua sponte remand a case if the sole defect is a procedural one.  *Lively v. Wild Oats Markets, Inc.*, 456 F.3d 933, 940 (9th Cir. 2006).  But this argument is a more form than substance.

/ / /

1  Manlin's Opposition to the Ex Parte Application shows that he agrees with

2  Judge Anderson's remand Order.  (Opp'n 5.)  Further, Manlin notes that even if it was

3  inappropriate for the Court to issue such a remand order sua sponte, he would seek

4  remand of this case on the same grounds, as well as on additional grounds.  (*Id.*)

5  Based on Manlin's representations, it is clear that he has not waived this procedural

6  defect, and would have moved for remand even if the Court did not already issue the

7  sua sponte remand Order.  Finally, the Court notes that the 30-day window to move

8  for remand based on a procedural defect has not yet passed—this case was removed to

9  this Court on July 9, 2013.

10  Accordingly, Harshman's Ex Parte Application is hereby **DENIED**.  (ECF

11  No. 7.)  This case is hereby **REMANDED** to the Los Angeles County Superior Court

12  for lack of subject matter jurisdiction.  The Clerk of Court shall close this case.

13  **IT IS SO ORDERED.**

14  July 11, 2013

15

16  _____

17  **OTIS D. WRIGHT, II**
    **UNITED STATES DISTRICT JUDGE**

18

19

20

21

22

23

24

25

26

27

28